JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1407**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 2 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
              Deputy Clerk

# SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.#. | DIST. | DIV. | C.A.#. | CASE CAPTION |
| WAW | 2 | 03-1341 | ALM | 3 | 03-194 | *Curtis Fred Galliher, et al. v. Bayer Corp.* |
| WAW | 2 | 04-246 | ALN | 2 | 03-2 | *Gordon Neely, etc. v. Family Dollar Stores of Alabama, Inc., et al.* |
| WAW | 2 | 02-1855 | ALN | 5 | 02-1026 | *Christine Brandt, etc. v. Wyeth, et al.* |
| WAW | 2 | 02-1014 | CAE | 2 | 01-2046 | *Cara S. Reece v. Perrigo Co., et al.* |
| WAW | 2 | 02-1514 | CAN | 3 | 02-1259 | *Julie Timmons v. Perrigo Co.* |
| WAW | 2 | 03-2467 | DC | 1 | 03-765 | *Daniel Jay Banes v. Wyeth, et al.* |
| WAW | 2 | 02-2370 | LAE | 2 | 02-1742 | *John C. Delahoussye v. Bayer Corp., et al.* |
| WAW | 2 | 03-2064 | MOW | 4 | 02-732 | *Ricardo Rainey v. Bayer Corp., et al.* |
| WAW | 2 | 03-2849 | MSN | 1 | 03-241 | *Clarence Brooks v. Bayer Consumer Care, et al.* |
| WAW | 2 | 03-1134 | TXW | 5 | 03-149 | *Frank Flores, et al. v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 03-1374 * | ALN | 2 | 02-2508 | *Emmitt Livingston, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 03-1403 * | ALM | 2 | 01-1280 | *Gertrude Gamble v. Bayer Corporation* |
| WAW | 2 | 03-1519 * | TXN | 3 | 02-2359 | *R.D. Eslin, et al. v. Wyeth, et al.* |
| WAW | 2 | 03-2100 * | MSS | 2 | 01-212 | *Rosa M. Richter, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 03-2142 * | LAE | 2 | 02-482 | *Joseph Marion, et al. v. Bayer Corp., et al.* |
| WAW | 2 | 03-3387 * | MSS | 2 | 03-73 | *Tawnyna Addison v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 03-3412 * | MSS | 2 | 03-73 | *Phyllis Freeman v. Novartis Pharmaceuticals Corp., et al.* |
| WAW | 2 | 03-3416 * | MSS | 2 | 03-73 | *Linda Deloris Bardwell v. Novartis Pharmaceuticals Corp., et al.* |

\* WAW case number assigned after severance order was issued in W.D. Washington